BINGHAM MCCUTCHEN LLP
James G. Snell (SBN 173070)
james.snell@bingham.com
Heather L. Shook (SBN 268716)
heather.shook@bingham.com
1117 S. California Avenue
Palo Alto, CA  94304-1106
Telephone: 650.849.4400
Facsimile: 650.849.4800

Attorneys for Defendants
Quicken Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE BUDER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 11-04955 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-2 & 7-12)**<br><br>Complaint served:          September 9, 2011<br>Current response date:  October 13, 2011<br>New response date:       November 3, 2011 |

WHEREAS, Plaintiff Wayne Buder ("Plaintiff") filed this action, on behalf of himself and all others similarly situated, against Defendant Quicken Loans, Inc. ("Defendant") on September 6, 2011 in the Superior Court of California, County of Marin;

WHEREAS, Plaintiff served his Complaint on Defendant on September 9, 2011;

WHEREAS, Bingham McCutchen LLP was recently obtained as counsel of record for Defendant and requires additional time to respond to the Complaint;

WHEREAS, Defendant removed this action to the United States District Court for the Northern District of California on October 6, 2011;

1 | WHEREAS, pursuant to Fed. R. Civ. P. 81(c), the current date by which Defendant must respond to Plaintiff's Complaint is October 13, 2011;

WHEREAS, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendant have agreed to extend the time within which Defendant must answer or otherwise respond to the Complaint to November 3, 2011;

NOW, THEREFORE, Plaintiff and Defendant, through their respective counsel, hereby stipulate as follows:

1. Defendant Quicken Loans, Inc. shall have until November 3, 2011 within which to answer or otherwise respond to the Complaint in the above-captioned matter.

Dated:  October 12, 2011          BINGHAM MCCUTCHEN LLP


By: _____/s/  James G. Snell_____
James G. Snell
Attorneys for Defendant Quicken Loans, Inc.


Dated:  October ___, 2011          PEARSON, SIMON, WARSHAW, & PENNY, LLP


By: _____/s/  Daniel L. Warshaw_____
Daniel L. Warshaw
Attorneys for Plaintiff Buder, on behalf of himself and all others similarly situated.


Dated: October 18, 2011

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT