BINGHAM MCCUTCHEN LLP
James G. Snell (SBN 173070)
james.snell@bingham.com
Heather L. Shook (SBN 268716)
heather.shook@bingham.com
1117 S. California Avenue
East Palo Alto, CA 94304-1106
Telephone: 650.849.4400
Facsimile: 650.849.4800

Attorneys for Defendant
Quicken Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE BUDER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C-11-04955 JCS<br><br>**DEFENDANT QUICKEN LOANS' FEDERAL RULE OF CIVIL PROCEDURE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE** |

**TO THE COURT, TO THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, UNITED STATES, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant Quicken Loans, Inc. ("Quicken Loans") hereby gives notice that its Motion to Dismiss Plaintiff's Complaint, filed on November 3, 2011, calls into question the constitutionality of California's Penal Code sections 632 and 632.7.

Specifically, Quicken Loans contends that the extraterritorial application of California Penal Code sections 632 and 632.7 violates the Commerce Clause of the United States Constitution, U.S. Const. art. I, § 8, cl. 3.

Copies of this notice, as well as Quicken Loans' Motion to Dismiss and accompanying papers have been served via U.S. Mail on the Attorney General of California at the following address:

> Kamala D. Harris, California Attorney General
> c/o Office of the Attorney General
> 1300 "I" Street
> Sacramento, CA 95814-2919

DATED: November 3, 2011

Respectfully submitted,
Bingham McCutchen LLP

By: /s/ James G. Snell
James G. Snell
Attorneys for Defendant
Quicken Loans, Inc.

DEFENDANT'S FRCP 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE

## PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 1117 S. California Avenue, Palo Alto, California 94304-1106. I am readily familiar with the practice of this office for collection and processing of correspondence for U.S. mail and electronic case filing, and they are deposited and e-filed that same day in the ordinary course of business.

Today, I served the attached:

DEFENDANT QUICKEN LOANS' FEDERAL RULE OF CIVIL PROCEDURE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE;

DEFENDANT QUICKEN LOANS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(3) AND 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;

DECLARATION OF REGIS HADIARIS IN SUPPORT OF MOTION TO DISMISS AND ACCOMPANYING EXHIBITS;

DEFENDANT QUICKEN LOANS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(3) AND 12(B)(6) AND ACCOMPANYING EXHIBITS; and

[PROPOSED] ORDER GRANTING DEFENDANT QUICKEN LOANS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 12 (B)(3) AND 12(B)(6).

X   (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

X   (BY ELECTRONIC CASE FILING) I filed electronically the document listed above using the United States District Court, Northern District of California's electronic case filing service.

| | | |
|---|---|---|
| 1 | **VIA ELECTRONIC CASE FILING** | **VIA U.S. MAIL** |
| 2 | CLIFFORD H. PEARSON | KAMALA D. HARRIS |
|   | DANIEL L. WARSHAW | c/o Office of the Attorney General |
| 3 | BOBBY POYUA | 1300 "I" Street |
|   | PEARSON SIMON WARSHAW & PENNY LLP | Sacramento, CA 95814-2919 |
| 4 | 15165 Venture Blvd, Suite 400 | |
|   | Sherman Oaks, Ca 91403 | |
| 5 | | |
| 6 | GEORGE S. TREVOR | |
|   | PEARSON SIMON WARSHAW & PENNY LLP | |
| 7 | 44 Montgomery St., Suite 2450 | |
|   | San Francisco, Ca 94104 | |
| 8 | | |
| 9 | RICHARD B. WENTZ | |
|   | JEAN M. WENTZ | |
| 10 | THE WENTZ LAW FIRM | |
|    | 2955 East Hillcrest Dr., Suite 123 | |
| 11 | Thousand Oaks, Ca 91362 | |

13  I declare that I am employed in the office of a member of the bar of this court at

14  whose direction the service was made and that this declaration was executed on November 3,

15  2011, at San Francisco, California.

_____
James G. Snell