BINGHAM MCCUTCHEN LLP
James G. Snell (SBN 173070)
james.snell@bingham.com
Heather L. Shook (SBN 268716)
heather.shook@bingham.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: 650.849.4400
Facsimile: 650.849.4800

Attorneys for Defendant
Quicken Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE BUDER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 11-04955 JCS<br><br>**STIPULATION TO EXTEND HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

WHEREAS, Plaintiff Wayne Buder ("Plaintiff") filed this action, on behalf of himself and all others similarly situated, against Defendant Quicken Loans, Inc. ("Defendant") on September 6, 2011 in the Superior Court of California, County of Marin;

WHEREAS, Defendant removed this action to the United States District Court for the Northern District of California on October 6, 2011;

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint or Alternatively Transfer ("Motion to Dismiss") on November 3, 2011;

WHEREAS, Defendant's Motion to Dismiss was set for hearing on February 2,

2012;

WHEREAS, the Initial Case Management Conference is currently scheduled for January 20, 2012 at 1:30 p.m.;

WHEREAS, the last day to file Rule26(f) Reports, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is currently January 13, 2012;

WHEREAS, pursuant to Civil Local Rules 6-2, 7-7, and 7-12, Plaintiff and Defendant agreed to move the hearing on Defendant's Motion to Dismiss to March 16, 2012;

WHEREAS, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendant agreed that Plaintiff's Opposition to Defendant's Motion to Dismiss is due on February 10, 2012;

WHEREAS, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendant agreed that Defendant's Reply is due on March 2, 2012;

WHEREAS, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendant agreed that the Initial Case Management Conference, if necessary, should be moved to March 16, 2012, following the hearing on Defendant's Motion to Dismiss;

WHEREAS, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendant agreed that the last day to file Rule26(f) Reports, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement should be moved to March 9, 2012;

NOW, THEREFORE, Plaintiff and Defendant, through their respective counsel, hereby stipulate as follows:

1. Plaintiff Buder shall have until February 10, 2012 within which to file an Opposition to Defendant's Motion to Dismiss in the above-captioned matter;

2. Defendant Quicken Loans, Inc. shall have until March 2, 2012 within which to file a Reply to Defendant's Motion to Dismiss in the above-captioned matter;

3. The hearing on Defendant's Motion to Dismiss in the above-captioned matter shall be set for March 16, 2012 at 9:30 a.m. in the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, Courtroom G on the 15th floor.

1

4. The Case Management Conference in the above-captioned matter shall be set for March 16 2012, following the hearing on Defendant's Motion to Dismiss, in the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, Courtroom G on the 15th floor.

5. The last day to file Rule26(f) Reports, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be March 9, 2012.

Dated: December 16, 2011         BINGHAM MCCUTCHEN LLP


By: _____/s/   James G. Snell_____
James G. Snell
Attorneys for Defendant Quicken Loans, Inc.


Dated: December 16, 2011         PEARSON, SIMON, WARSHAW, & PENNY, LLP


By: _____/s/   Daniel L. Warshaw_____
Daniel L. Warshaw
Attorneys for Plaintiff Buder, on behalf of himself and all others similarly situated.


Dated: December 19, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Case No. C11-04955 JCS
**Stipulation To Extend Hearing Date And Briefing Schedule For Defendant's Motion To Dismiss**